UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO HERNANDEZ, | ) | CV 2:17-8751-GJS |
| Plaintiff, | ) ) | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | ) ) | |
| NANCY A. BERRYHILL, DEPUTY COMMISSIONER FOR OPERATIONS, SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of one thousand eight hundred dollars and no cents ($1,800.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: August 22, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

1